IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KELLY FAY STEPHENS,<br><br>  Defendant. | 1:23-cr-00015-RGE-HCA<br><br>1:14-cr-00020-RGE-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count 1 of the Indictment and the Revocation of her Supervised Release in case no. 1-14-cr-00020 (ECF 54, filed 3/7/23). After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary on Count 1 and the Revocation of Supervised Release, and that the new offense charged and Revocaton of Supervised Release is supported by an independent factual basis concerning each of the essential elements of such offense and basis for Revocation. Defendant understands and agrees to be bound by the terms of the plea agreement, including Attachment A. I, therefore, recommend that the plea of guilty and stipulation to Revocation of Supervised Release be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: _____5/19/23_____

_____
CELESTE F. BREMER
U.S. MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).